# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 642 MAL 2017

             Respondent        :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court

             v.                :

KEVIN SOUFFRANT,            :

             Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.